IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TONY FRENCH,

       Plaintiff,

       v.

CAPTAIN TURNER, et al.,

       Defendants.

Civ. No. 2:15-cv-02431-CL
Civ. No. 2:15-cv-02432-CL
Civ. No. 2:15-cv-02433-CL
Civ. No. 2:15-cv-02435-CL
Civ. No. 2:15-cv-02436-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation in each of the above cases filed by plaintiff Tony French. The matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the reports are correct.

    Although plaintiff did not file objections, he filed a motion to disqualify Judge Clarke and a Second Amended Complaint. The motion to disqualify does not put forth any facts

1 –ORDER

indicating even the appearance of bias. Instead, French simply states that for some unstated reason, Judge Clarke will not give him a fair trial. This bare allegation, without more, is meritless. Magistrate Judge Clarke's Findings and Recommendations are adopted. The Second Amended Complaints are similar to the earlier complaints, largely illegible, and do not address the deficiencies pointed out by Judge Clarke. As further leave to amend would be futile, this action is DISMISSED with prejudice.

IT IS SO ORDERED.

    DATED this 29th day of June, 2016.

                                                          _____/s/ Michael J. McShane _____
                                                              Michael McShane
                                                United States District Judge